UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ERMARIS BIO, PBC,

                        Plaintiff,

                    -v-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN
THE CITY OF NEW YORK,

                      Defendant.
------------------------------------------------------------------X

25 Civ. 3691 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

    The Court has reviewed Defendant's motion to compel, Dkt. 24, and Plaintiff's response, Dkt. 28. Counsel for both parties are ordered to appear before the Court for a conference on November 19, 2025, at 3:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    It is further ordered that counsel for all parties meet and confer in good faith for the purpose of resolving their discovery dispute prior to the conference.

    SO ORDERED.

Dated: November 7, 2025
         New York, New York

                                          JOHN P. CRONAN
                                        United States District Judge