# Stevens & Lee

485 Madison Avenue, 20th Floor
New York, New York 10022
www.stevenslee.com

T:  (212) 537-0417
catherine.kelly@stevenslee.com

January 26, 2026

***Via ECF and Email***
The Honorable John P. Cronan, U.S.D.J.
CronanNYSDChambers@nysd.uscourts.gov

> Re:  ***Ermaris Bio, PBC v. The Trustees of Columbia University in the City of New York, No. 1:25-cv-03691-JPC***

Dear Judge Cronan:

As this Court is aware, we represent Plaintiff Ermaris Bio, PBC in the above-referenced action. We write to respectfully withdraw Plaintiff's Letter Motion to Compel (the "Motion") (ECF Nos. 38, 38-1). After filing this Motion, Plaintiff and Defendant The Trustees of Columbia University in The City of New York engaged met and conferred and agreed to resolve the issues related to the Motion, through Defendants' agreement to reproduce Dr. Ofra Weinberger for further deposition, among other things.

As a result, Plaintiff will not seek the relief requested in the Motion at this time and respectfully requests that the Court withdraw said Motion as moot.

Respectfully submitted,
STEVENS & LEE

*Catherine Pastrikos Kelly*

Catherine Pastrikos Kelly, Esq. (CP3300)

cc: All Counsel of Record via ECF and email

In light of the parties' letters withdrawing their respective motions to compel, Dkts. 38, 39, the Court denies the motions as moot.  *See* Dkts. 40, 41.  The Clerk of Court is respectfully directed to close Docket Numbers 38 and 39.

SO ORDERED.
January 27, 2026
New York, New York

JOHN P. CRONAN
United States District Judge