UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                           :

ERMARIS BIO, PBC,                            :

                      Plaintiff,            :

                                           :        25 Civ. 3691 (JPC)

      -v-                            :

                                         :          __ORDER__

THE TRUSTEES OF COLUMBIA UNIVERSITY IN  :
THE CITY OF NEW YORK,             :

                    Defendant.      :

                                           :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Complaint purports to attach a copy of the parties' Option Agreement as Exhibit 1 and to incorporate it by reference. Dkt. 1 at 5 n.4. Defendant's motion brief cites to that exhibit. *See, e.g.*, Dkt. 16 at 2. However, the version of the Complaint filed on the docket does not include the exhibit. Plaintiff shall file a true copy of the Option Agreement within two days of this Order.

      SO ORDERED.

Dated: February 12, 2026
      New York, New York                               _____
                                              JOHN P. CRONAN
                                     United States District Judge