]UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                           :

ERMARIS BIO, PBC,                    :

               Plaintiff,      :

                      :             25 Civ. 3691 (JPC)

      -v-                  :

                      :              ORDER

THE TRUSTEES OF COLUMBIA UNIVERSITY IN  :
THE CITY OF NEW YORK,           :

                      :

              Defendant.     :

                      :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court has reviewed Defendant's pre-motion letter, Dkt. 56, and Plaintiff's response, Dkt. 58. The Court concludes that a pre-motion conference in this matter would be beneficial. Counsel for both parties are ordered to appear before the Court on May 1, 2026, at 10:00 a.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

      SO ORDERED.

Dated: April 15, 2026
      New York, New York                      _____
                                      JOHN P. CRONAN
                              United States District Judge