UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/14/2026

ERMARIS BIO, PBC,

     Plaintiff,

   -v-

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK,

     Defendant.

**ORDER**

25-CV-3691 (JPC)

**HENRY J. RICARDO, United States Magistrate Judge.**

On May 14, 2026, the undersigned held a conference to discuss settlement procedures and scheduling a future settlement conference. As discussed at the conference, Defendant shall make a counter-offer by **May 29, 2026**.

A settlement conference is scheduled before the undersigned on **July 16, 2026 at 10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

The parties are directed to review and comply with the Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo (the "Procedures"), available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

By **June 25, 2026**, the parties shall submit to RicardoNYSDChambers@nysd.uscourts.gov their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call as described

1

in paragraphs 5–7 of the Procedures. **The Ex Parte Settlement Letter should not be sent to the other parties.**

The parties—not just the attorneys—must attend the settlement conference. Corporate parties and insurance companies (or any other party that is not a natural person) must send to the conference the person ultimately responsible for giving settlement authority. If it would be a great hardship for the party to attend, upon written application in advance of the conference the undersigned will sometimes excuse that party's presence, but will require that party to be available by telephone throughout the settlement conference.

**SO ORDERED.**

Dated: May 14, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2