UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERMARIS BIO, PBC,<br><br>Plaintiff,<br><br>-v-<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>Defendant. | 25 Civ. 3691 (JPC)<br><br>ORDER |

JOHN P. CRONAN, United States District Judge:

The Court has reviewed Plaintiff's pre-motion letter, Dkt. 74, and Defendant's response, Dkt. 75. The Court concludes that a pre-motion conference in this matter would be beneficial. Counsel for both parties are ordered to appear before the Court on July 15, 2026, at 4:30 p.m. The conference will take place by phone. At the scheduled time, counsel should call (855) 244-8681, access code 2302 755 2307. The parties shall meet and confer prior to the hearing.

SO ORDERED.

Dated: July 13, 2026
New York, New York

JOHN P. CRONAN
United States District Judge